# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

PABLO ASTUDILLO MORENO,

Petitioner,

v.

J. JOHNSON, *et al.*,

Respondents.

Case No. 5:26-cv-03520-JWH-AS

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

**A# 201-505-570**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, and the Report and Recommendation of United States Magistrate Judge, to which no objections were filed. Good cause appearing therefor, the Court hereby **ORDERS** as follows:

1. The findings and conclusions of the Magistrate Judge are **ACCEPTED** and **ADOPTED**.

2. The Petition is **GRANTED**.

3. Respondents are **DIRECTED** to release Petitioner Pablo Astudillo Moreno (A# 201-505-570) from immigration detention **FORTHWITH**.

4. Respondents are further **DIRECTED** to file a status report no later than July 16, 2026, confirming Moreno's release from custody.

5. The Clerk is **DIRECTED** to serve copies of this Order and the Magistrate Judge's Report and Recommendation on Moreno and on counsel for Respondents.

6. Judgment shall be entered accordingly.

**IT IS SO ORDERED.**

Dated: July 10, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-