JS-6

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

PABLO ASTUDILLO MORENO,
Petitioner,
v.
J. JOHNSON, *et al.*,
Respondents.

Case No. 5:26-cv-03520-JWH(AS)

**JUDGMENT**

Pursuant to the "Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge" entered on or about July 10, 2026, and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Petition is **GRANTED**.

**IT IS SO ORDERED.**

Dated: July 13, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE